**Kenneth B. QUANSAH, Jr.,
Plaintiff-Appellant,**

v.

**DEL CORONADO APARTMENTS;
et al., Defendants-Appellees.**

**No. 17-16244**

United States Court of Appeals,
Ninth Circuit.

Submitted December 18, 2017 *

Filed December 26, 2017

Kenneth B. Quansah, Jr., Pro Se

Matthew Gregory Geisick, Law Offices of John H. Coward, Los Gatos, CA, for Defendants-Appellees

Before: WALLACE, SILVERMAN, and BYBEE, Circuit Judges.

### MEMORANDUM **

Kenneth B. Quansah, Jr. appeals pro se from the district court's judgment dismissing his action for failure to effect proper service of the summons and complaint under Federal Rule of Civil Procedure 4(m). We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion, *Oyama v. Sheehan (In re Sheehan)*, 253 F.3d 507, 511 (9th Cir. 2001), and we affirm.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

The district court did not abuse its discretion by dismissing Quansah's action because Quansah failed to effect proper service of the summons and complaint and did not demonstrate good cause for failing to serve properly, despite being given notice and an opportunity to do so. *See* Fed. R. Civ. P. 4(m) (outlining requirements for proper service, and explaining that district court may dismiss an action for failure to serve "after notice to the plaintiff"); *In re Sheehan*, 253 F.3d at 512 (discussing Rule 4(m)'s "good cause" standard).

Quansah's request for attorney's fees, set forth in his opening brief, is denied.

**AFFIRMED.**